IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| KENNY PERRY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:23-cv-00374 |
| JERRY SCOTT, ADMINISTRATOR, et al. | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge recommending the Court dismiss this action without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. (Doc. No. 31). The Magistrate Judge extended the deadline for objections to the Report and Recommendation to November 27, 2024. (Doc. No. 32). No objections have been filed. The Court notes that Plaintiff did not respond to Defendants' motion for summary judgment filed August 27, 2024 (Doc. No. 25), or to the Court's September 25, 2024 order to show cause (Doc. No. 29), and has not made any filings in this case since February 26, 2024 (Doc. No. 23).

The Court has reviewed the Report and Recommendation (Doc. No. 31) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b). Defendants' motion for summary judgment (Doc. No. 25) is **MOOT**. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE